FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No.12986
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address: ddornak@fisherphillips.com
E-Mail Address: akheel@fisherphillips.com
*Attorneys for Defendant Gibraltar Hospitality Services, LLC d/b/a 7th and Carson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS VASQUEZ, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GIBRALTAR HOSPITALITY SERVICES LLC d/b/a and a/ka/ 7TH AND CARSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive,<br><br>Defendants. | Case No: 2:23-cv-00441-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including April 28, 2023, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1). Defense counsel has recently been retained and needs additional time to review the allegations in the Complaint and all the relevant files.

/ / /

/ / /

/ / /

/ / /

- 1 -

FP 46682984.1

1    This is the first request for an extension of this deadline.

2    Dated this 27th day of March, 2023.

3  | GABROY / MESSER | FISHER & PHILLIPS, LLP |

5  /s/ *Kaine Messer*                                    /s/ *David B. Dornak*
CHRISTIAN GABROY, ESQ.                  DAVID B. DORNAK, ESQ.
6  KAINE MESSER, ESQ.                          ALLISON L. KHEEL, ESQ.
170 South Green Valley Parkway         300 South Fourth Street
7  Suite 280                                                  Suite 1500
Henderson, NV 89012                          Las Vegas, Nevada 89101
8  *Attorneys for Plaintiff*                             *Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

March 28, 2023
_____
DATED

FISHER & PHILLIPS LLP
300 S Fourth Street, Suite 1500
Las Vegas, Nevada 89101

FP 46682984.1

- 2 -