FISHER & PHILLIPS LLP
DAVID B. DORNAK, ESQ.
Nevada Bar No. 6274
ALLISON L. KHEEL, ESQ.
Nevada Bar No.12986
300 S. Fourth Street, Suite 1500
Las Vegas, NV  89101
Telephone: (702) 252-3131
E-Mail Address:  ddornak@fisherphillips.com
E-Mail Address:  akheel@fisherphillips.com
*Attorneys for Defendant Gibraltar Hospitality Services, LLC d/b/a 7th and Carson*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS VASQUEZ , individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>GIBRALTAR HOSPITALITY SERVICES LLC d/b/a and a/ka/ 7TH AND CARSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive,<br><br>Defendants. | Case No: 2:23-cv-00441-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by the parties' counsel of record that Defendant will have an extension of time up to and including May 12, 2023, to answer or otherwise respond to Plaintiff's Complaint (ECF No. 1).  Defendant's responsive pleading is currently due on April 28, 2023.

The parties have been discussing the various facts alleged and causes of action, and exploring the potential for settlement.  The parties would like additional time to continue engaging in such discussions prior to Defendant filing its responsive pleading. Accordingly, this stipulation is sought in good faith and not for the purpose of delay.

/ / /

1   This is the second request for an extension of this deadline.

2   Dated this 24th day of April, 2023.

3   GABROY / MESSER                           FISHER & PHILLIPS, LLP

5   /s/ Kaine Messer                              /s/ David B. Dornak
    CHRISTIAN GABROY, ESQ.                    DAVID B. DORNAK, ESQ.
6   KAINE MESSER, ESQ.                        ALLISON L. KHEEL, ESQ.
    170 South Green Valley Parkway            300 South Fourth Street
7   Suite 280                                 Suite 1500
    Henderson, NV 89012                       Las Vegas, Nevada 89101
8   *Attorneys for Plaintiff*                 *Attorneys for Defendant*

10                              **ORDER**

11   **IT IS SO ORDERED:**

13   _____
     DANIEL J. ALBREGTS
14   UNITED STATES MAGISTRATE JUDGE

15   DATED: April 25, 2023