Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Douglas Vasquez*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>GIBRALTAR HOSPITALITY SERVICES, LLC d/b/a and a/k/a 7TH AND CARSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive,<br><br>Defendant | Case No. 2:23-cv-00441-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SETTLEMENT PAPERWORK**<br><br>**(First Request)** |

Plaintiff Douglas Vasquez ("Plaintiff" or "Vasquez") and Defendant Gibraltar Hospitality Services, LLC d/b/a and a/k/a 7th and Carson ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request a fourteen (14) day extension up to and including **November 27, 2023** to file their proposed settlement and motion for preliminary approval of class action settlement. This is the Parties' first request for such an extension.

In support of this request, the Parties provide the following information for the Court's consideration:

1. On October 11, 2023, the Parties filed their Notice of Settlement advising the Court that the parties were preparing and exchanging appropriate settlement paperwork and anticipated thereafter seeking approval of such class action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure and our law. *See* ECF No. 16.

2. On October 30, 2023, this Court ordered Plaintiff to submit a proposed settlement along with a motion for preliminary approval of class action settlement on or before November 13, 2023. *See* ECF No. 17.

3. The parties have been diligently working together in good faith regarding such requisite settlement paperwork.

4. Specifically, the parties have exchanged their draft Joint Stipulation of Settlement and Release with corresponding proposed exhibits thereto. Defendant is currently reviewing the extensive documentation and the parties anticipate circulating the documents for final approval and signature following such review.

5. Further, the parties have also diligently drafted, exchanged, and executed settlement paperwork in their separate NLRB matter.

To complete such necessary review and achieve finalization of the settlement paperwork, including the anticipated motion for preliminary approval of class action settlement, the Parties respectfully request a fourteen (14) day extension, up to and including **November 27, 2023**, to file the proposed settlement along with a motion for preliminary approval of class action settlement.

///

This stipulation is made in good faith, not for purposes of delay or burden, and pursuant to our Rules. Not parties are prejudiced by this Stipulation.

Respectfully submitted this 13th day of November 2023.

| GABROY | MESSER | FISHER & PHILLIPS LLP |
|---|---|

By: */s/ Christian Gabroy*
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Tel: (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com

*Attorney for Plaintiff Douglas Vasquez*

By: */s/ David B. Dornak*
David B. Dornak, Esq.
Allison L. Kheel, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Tel: (702) 752-3131
ddornak@fisherphillips.com
akheel@fisherphillips.com

*Attorneys for Defendants Gibraltar Hospitality Services LLC d/b/a and a/k/a 7th and Carson*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: __November 13, 2023__