Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel: (702) 259-7777
Fax: (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Douglas Vasquez*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>GIBRALTAR HOSPITALITY SERVICES, LLC d/b/a and a/k/a 7TH AND CARSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive,<br><br>Defendant | Case No. 2:23-cv-00441-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE SETTLEMENT PAPERWORK**<br><br>**(Second Request)** |

Plaintiff Douglas Vasquez ("Plaintiff" or "Vasquez") and Defendant Gibraltar Hospitality Services, LLC d/b/a and a/k/a 7th and Carson ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request a ten (10) day extension up to and including **December 7, 2023** to file their proposed settlement and motion for preliminary approval of class action settlement. This is the Parties' second request for such an extension.

In support of this request, the Parties provide the following information for the Court's consideration:

1. On October 11, 2023, the Parties filed their Notice of Settlement

1   advising the Court that the parties were preparing and exchanging appropriate
2   settlement paperwork and anticipated thereafter seeking approval of such class
3   action settlement pursuant to Rule 23(e) of the Federal Rules of Civil Procedure
4   and our law. *See* ECF No. 16.

5       2.    On October 30, 2023, this Court ordered Plaintiff to submit a
6   proposed settlement along with a motion for preliminary approval of class action
7   settlement on or before November 13, 2023. *See* ECF No. 17.

8       3.    This Court previously granted the parties' first requested extension
9   to November 27, 2023. ECF No. 19.

10       4.    The parties continue to diligently work together in good faith
11   regarding such requisite settlement paperwork.

12       5.    Specifically, the parties have exchanged their draft Joint Stipulation
13   of Settlement and Release with corresponding proposed exhibits thereto as well as
14   Plaintiff's Unopposed Motion for Preliminary Approval of Class Action Settlement.
15   Defendant is currently reviewing the extensive documentation and the parties
16   anticipate circulating the documents for final approval and signature following such
17   review.

18       6.    Further, the parties have also diligently drafted, exchanged, and
19   executed settlement paperwork in their separate NLRB matter.

20   To complete such necessary review and achieve finalization of the
21   settlement paperwork, including the anticipated motion for preliminary approval of
22   class action settlement, the Parties respectfully request a ten (10) day extension,
23   up to and including **December 7, 2023**, to file the proposed settlement along with a
24   motion for preliminary approval of class action settlement.
25   / / /

*GABROY | MESSER*
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

This stipulation is made in good faith, not for purposes of delay or burden, and pursuant to our Rules. No parties are prejudiced by this Stipulation.

Respectfully submitted this 27th day of November 2023.

GABROY | MESSER

By: /s/ Christian Gabroy
Christian Gabroy, Esq.
Kaine Messer, Esq.
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, NV 89012
Tel: (702) 259-7777
christian@gabroy.com
kmesser@gabroy.com

Attorney for Plaintiff Douglas Vasquez

FISHER & PHILLIPS LLP

By: /s/ Allison L. Kheel
David B. Dornak, Esq.
Allison L. Kheel, Esq.
300 South Fourth Street
Suite 1500
Las Vegas, NV 89101
Tel: (702) 752-3131
ddornak@fisherphillips.com
akheel@fisherphillips.com

Attorneys for Defendants Gibraltar Hospitality Services LLC d/b/a and a/k/a 7th and Carson

IT IS SO ORDERED, nunc pro tunc, to the date of the request.

_____
UNITED STATES DISTRICT JUDGE

Dated: November 30, 2023