Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff*
*Douglas Vasquez*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS VASQUEZ, individually and on behalf of all others similarly situated, <br><br> Plaintiff <br><br> vs. <br><br> GIBRALTAR HOSPITALITY SERVICES, LLC d/b/a and a/k/a 7TH AND CARSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive, <br><br> Defendant | Case No. 2:23-cv-00441-CDS-DJA <br><br> **STIPULATION AND ORDER TO CONTINUE FINAL FAIRNESS HEARING** <br><br> **(First Request)** |

Plaintiff Douglas Vasquez ("Plaintiff") and Defendant Gibraltar Hospitality Services, LLC d/b/a and a/k/a 7th and Carson ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request a continuance of no less than sixty (60) days to a date of the Court's convenience for the upcoming Final Fairness Hearing currently scheduled for March 14, 2024. This is the Parties' first request for such a continuance.

In support of this request, the Parties provide the following information for the Court's consideration:

1.  On December 9, 2023, Plaintiff filed his Unopposed Motion for

Page 1 of 3

1. Preliminary Approval of Class Settlement (the "Motion"). ECF Nos. 23, 26-1.

2. A hearing on the Motion was held on January 12, 2024. *See* Minutes of Proceeding, ECF No. 27. At such hearing, the Court granted the Motion, set the Final Fairness hearing for March 11, 2024, and indicated it would enter the proposed order (ECF No. 23-4) following the hearing. *See* ECF No. 27.

3. Accordingly, later that same day counsel for Plaintiff informed the Claims Administrator (ILYM Group, *see* ECF No. 23-1, p. 3) of such status. A representative of the Claims Administrator confirmed receipt of such information and requested a copy of the signed Order Granting Preliminary Approval of Class Action Settlement once it was available to commence the notice process.

4. The Final Fairness hearing was later rescheduled for March 14, 2024. *See* ECF No. 28.

5. However, it is the Parties' understanding that as of today's date such proposed Order Granting Preliminary Approval of Class Action Settlement (ECF No. 23-4) has not yet been entered.

6. Accordingly, to facilitate the class action notice process, to allow additional time for the entry of the proposed Order Granting Preliminary Approval of Class Action Settlement, to assist this Court and its staff, and out of an abundance of caution, the parties respectfully request that the Final Fairness hearing currently scheduled for March 14, 2024 be continued no less than sixty (60) days to a date and time of the Court's convenience.

/ / /

This stipulation is made in good faith, not for purposes of delay or burden, and pursuant to our Rules. No parties are prejudiced by this Stipulation.

Respectfully submitted this 7th day of March 2024.

| GABROY | MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Christian Gabroy*<br>Christian Gabroy, Esq.<br>Kaine Messer, Esq.<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway<br>Suite 280<br>Henderson, NV 89012<br>Tel: (702) 259-7777<br>christian@gabroy.com<br>kmesser@gabroy.com<br><br>*Attorney for Plaintiff Douglas Vasquez* | By:  */s/ David B. Dornak*<br>David B. Dornak, Esq.<br>Allison L. Kheel, Esq.<br>300 South Fourth Street<br>Suite 1500<br>Las Vegas, NV 89101<br>Tel: (702) 752-3131<br>ddornak@fisherphillips.com<br>akheel@fisherphillips.com<br><br>*Attorneys for Defendants Gibraltar Hospitality Services LLC d/b/a and a/k/a 7th and Carson* |

**IT IS SO ORDERED.** The Final Fairness hearing set on March 14, 2024 is vacated and rescheduled to May 13, 2024  at 10:00 a.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE

Dated:  March 12, 2024