Christian Gabroy
Nev. Bar No. 8805
Kaine Messer
Nev. Bar No. 14240
GABROY | MESSER
The District at Green Valley Ranch
170 South Green Valley Parkway
Suite 280
Henderson, Nevada 89012
Tel:   (702) 259-7777
Fax:   (702) 259-7704
christian@gabroy.com
kmesser@gabroy.com
*Attorneys for Plaintiff
Douglas Vasquez*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DOUGLAS VASQUEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>vs.<br><br>GIBRALTAR HOSPITALITY SERVICES, LLC d/b/a and a/k/a 7TH AND CARSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; and ROE CORPORATIONS 11-20; inclusive,<br><br>Defendants. | Case No. 2:23-cv-00441-CDS-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE FINAL FAIRNESS HEARING**<br><br>**(Third Request)** |

Plaintiff Douglas Vasquez ("Plaintiff") and Defendant Gibraltar Hospitality Services, LLC d/b/a and a/k/a 7th and Carson ("Defendant") (together the "Parties"), by and through their respective counsel of record, hereby stipulate and respectfully request a continuance of no less than sixty (60) days to a date of the Court's convenience for the upcoming Final Fairness Hearing currently scheduled for August 29, 2024. This is the Parties' third request for such a continuance.

In support of this request, the Parties agree to the following information and accordingly provide such information for the Court's consideration:

1. On December 9, 2023, Plaintiff filed his Unopposed Motion for

1  Preliminary Approval of Class Settlement (the "Motion"). ECF Nos. 23, 26-1.

2      2.    On June 25, 2024, this Court entered the Order Granting Preliminary
3  Approval of Class Action Settlement. ECF No. 33.

4      3.    The Final Fairness hearing is currently scheduled for August 29,
5  2024 at 11:00 AM. ECF No. 33, p. 4.

6      4.    Pursuant to the terms of the Settlement, the parties have continued
7  their good faith efforts of full cooperation with each other to accomplish the terms
8  of the Settlement. *See* Settlement, ECF No. 23-1, p. 21.

9      5.    To that end, the parties have remained in contact with the Claims
10 Administrator regarding submission of the class data and have conferred regarding
11 the class data. During such good faith cooperation and review, the parties became
12 aware of the effect that the proposed class period dates will likely have on
13 distribution of the settlement.

14     6.    Specifically, given the duration of time between the filing of Plaintiff's
15 Unopposed Motion for Preliminary Approval of Class Action Settlement (the
16 "Motion") and the entry of the Order approving same, the parties agree that, rather
17 than ending on the date of this Court's Order Granting Preliminary Approval of
18 Class Action Settlement (June 25, 2024) as originally contemplated, the class
19 period should instead end on the date the alleged unlawful conduct ceased (April
20 23, 2023). The parties attest and agree that such an end date to the class period
21 will achieve a more equitable distribution of settlement awards to the individuals
22 who were most affected by the alleged unlawful tip confiscation. In other words,
23 with this change, employees who were employed during the allegedly unlawful tip
24 confiscation scheme would receive their settlement share (*see* Settlement, ECF
25 No. 23-1, p. 10) while employees who began employment after the allegedly
26 unlawful scheme had ended—and were thus unaffected—would not be a part of
27 the class.

28     7.    The parties therefore stipulate and agree, for purposes of the

GABROY | MESSER
170 S. Green Valley Pkwy., Suite 280
Henderson, Nevada 89012
(702) 259-7777 FAX: (702) 259-7704

settlement, that the class period shall be from January 26, 2021 to April 23, 2023.

8. Accordingly, to facilitate this change and given impending deadlines, the parties respectfully request that the Final Fairness hearing currently scheduled for August 29, 2024 be continued no less than sixty (60) days to a date and time of the Court's convenience.

This stipulation is made in good faith, not for purposes of delay or burden, and pursuant to our Rules. No parties are prejudiced by this Stipulation.

Respectfully submitted this 25th day of July 2024.

| GABROY | MESSER | FISHER & PHILLIPS LLP |
|---|---|
| By: */s/ Christian Gabroy* <br> Christian Gabroy, Esq. <br> Kaine Messer, Esq. <br> The District at Green Valley Ranch <br> 170 South Green Valley Parkway <br> Suite 280 <br> Henderson, NV 89012 <br> Tel: (702) 259-7777 <br> christian@gabroy.com <br> kmesser@gabroy.com <br><br> *Attorney for Plaintiff Douglas Vasquez* | By: */s/ David B. Dornak* <br> David B. Dornak, Esq. <br> Allison L. Kheel, Esq. <br> 300 South Fourth Street <br> Suite 1500 <br> Las Vegas, NV 89101 <br> Tel: (702) 752-3131 <br> ddornak@fisherphillips.com <br> akheel@fisherphillips.com <br><br> *Attorneys for Defendants Gibraltar Hospitality Services LLC d/b/a and a/k/a 7th and Carson* |

IT IS ORDERED the final fairness hearing currently scheduled for August 29, 2024 at 11:00 a.m. is continued to November 4, 2024 at 10:00 a.m. in LV Courtroom 6B.

_____
UNITED STATES DISTRICT JUDGE

Dated: 8/5/2024